**91–890.** Dunville v. Eid. *Hamilton County*, No. C–890826. Reported at 61 Ohio St.3d 1422, 574 N.E.2d 1093. On motion for rehearing. Rehearing granted and motion to certify the record

allowed.

HOLMES, WRIGHT and H. BROWN, JJ., dissent.